B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Consolidated Energy Holdings LLC**            Case No. _15-80199_

                                                                Debtor(s)                     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Accutest Lafayette Laboratory<br>500 Ambassador Caffery Parkway<br>Scott, LA 70583 | Accutest Lafayette Laboratory<br>500 Ambassador Caffery Parkway<br>Scott, LA 70583 | | Contingent<br>Unliquidated<br>Disputed | 4,916.00 |
| ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO 80014 | ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO 80014 | | | 226.35 |
| API Heat Transfer<br>2777 Walden Ave.<br>Buffalo, NY 14225 | API Heat Transfer<br>2777 Walden Ave.<br>Buffalo, NY 14225 | | Contingent<br>Unliquidated<br>Disputed | 524.24 |
| Bank of Oklahoma<br>P.O. Box 1270<br>Tulsa, OK 74101-1270 | Bank of Oklahoma<br>P.O. Box 1270<br>Tulsa, OK 74101-1270 | Trustee Fees | Contingent<br>Unliquidated<br>Disputed | 5,750.00 |
| Bank of Winnfield<br>P.O. Box 350<br>Winnfield, LA 71483 | Bank of Winnfield<br>P.O. Box 350<br>Winnfield, LA 71483 | | Contingent<br>Unliquidated<br>Disputed | 8,519.90 |
| John Deere Financial<br>P.O. Box 5327<br>Madison, WI 53791-9044 | John Deere Financial<br>P.O. Box 5327<br>Madison, WI 53791-9044 | | | 5,572.72 |
| Parish of Desoto<br>Sheriff Rodney G. Arbuckle<br>205 Franklin St.<br>Mansfield, LA 71052-2044 | Parish of Desoto<br>Sheriff Rodney G. Arbuckle<br>205 Franklin St.<br>Mansfield, LA 71052-2044 | | Contingent<br>Unliquidated<br>Disputed | 15,467.79 |
| Phelps Dunbar<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 | Phelps Dunbar<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 | | Contingent<br>Unliquidated<br>Disputed | 162,022.89 |
| Providence Engineering & Environ<br>1201 Main St.<br>Baton Rouge, LA 70802 | Providence Engineering & Environ<br>1201 Main St.<br>Baton Rouge, LA 70802 | | | 7,951.93 |
| Wastewater Specialties, Inc.<br>2205 Industrial Dr.<br>Sulphur, LA 70665 | Wastewater Specialties, Inc.<br>2205 Industrial Dr.<br>Sulphur, LA 70665 | | Contingent<br>Unliquidated<br>Disputed | 9,375.00 |
| Waterworks District No. 1<br>320 Liberty Lane<br>Grand Cane, LA 71032 | Waterworks District No. 1<br>320 Liberty Lane<br>Grand Cane, LA 71032 | | Contingent<br>Unliquidated<br>Disputed | 262.74 |

B4 (Official Form 4) (12/07) - Cont.
In re  Consolidated Energy Holdings LLC       Case No. 15-80199
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| William E. Hughes<br>1815-B Military Hwy.<br>Pineville, LA 71360 | William E. Hughes<br>1815-B Military Hwy.<br>Pineville, LA 71360 | | Contingent<br>Unliquidated<br>Disputed | 14,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  February 20, 2015            Signature  /s/ Darrell Dubroc
                                              Darrell Dubroc
                                              Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington, DC 20530


David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington, DC 20530


General Counsel's Office
Internal Revenue Service
600 S. Maestri Place, Ste 947
New Orleans, LA 70130


Internal Revenue Service*
Box 7346
Philadelphia, PA 19101-7346


Accutest Lafayette Laboratory
500 Ambassador Caffery Parkway
Scott, LA 70583


ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014


Akash Energy, Inc.
2111 Canat St., Suite 206
Houston, TX 77003


API Heat Transfer
2777 Walden Ave.
Buffalo, NY 14225


Bank of Oklahoma
P.O. Box 1270
Tulsa, OK 74101-1270

Bank of Winnfield
P.O. Box 350
Winnfield, LA 71483


BOK Financial
P.O. Box 2300
Tulsa, OK 74192


Brad Dell
Gold, Weems, Bruser, Sues & Rund
P.O. Box 6118
Alexandria, LA 71307-6118


Curtis R. Shelton
Ayres, Warren, Shelton & William
333 Texas Street, 14th Fl Region
Shreveport, LA 71101


Cyndi Wilkinson - Trustee
One Williams Center
Tulsa, OK 74172


Darrell Dubroc
1929 Hwy 1
Marksville, LA 71351


Darrell Ryland
115 W. Mark St.
Marksville, LA 71351


Dean Tyler
203 Fadler Lane
Deville, LA 71328


Deere & Company
6400 NW 86th St.
Johnston, IA 50131

Gary K. McKenzie
Steffes Vingiello & McKenzie, LL
13702 Coursey Blvd., # 3
Baton Rouge, LA 70817


Glenn Davis
313 Mandeville Rd.
Pineville, LA 71360


Jimmy Carter
511 Fisherman's Wharf Rd.
Converse, LA 71419


John Deere Financial
P.O. Box 5327
Madison, WI 53791-9044


Mickey Hawkins
3128 Hwy. 9
Saline, LA 71070


Parish of Desoto
Sheriff Rodney G. Arbuckle
205 Franklin St.
Mansfield, LA 71052-2044


Phelps Dunbar
P.O. Box 4412
Baton Rouge, LA 70821-4412


Phelps Dunbar
P.O. Box 974798
Dallas, TX 75397-4798


Providence Engineering & Environ
1201 Main St.
Baton Rouge, LA 70802

Sequoia Investments
Attn: David Elgert
3405 Chartley Lane NE
Roswell, GA 30075


Steve Templin
150 Kincaid Lane
Boyce, LA 71409


Steve Wheelis
Post Office Box 13199
Alexandria, LA 71315-3199


Union Bank
1110 Shirley Rd.
Bunkie, LA 71322


Union Bank
c/o Darrel Ryland
115 W. Mark Street
Marksville, LA 71351


Wastewater Specialties, Inc.
2205 Industrial Dr.
Sulphur, LA 70665


Waterworks District No. 1
320 Liberty Lane
Grand Cane, LA 71032


William E. Hughes
1815-B Military Hwy.
Pineville, LA 71360


William Ingram
684 Maxwell Dr.
Jonesboro, LA 71251

William Wieger
112 Gayven Dr.
Ball, LA 71405

## United States Bankruptcy Court
### Western District of Louisiana

In re   Consolidated Energy Holdings LLC                                    Case No.   15-80199
                                               Debtor(s)                    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 23, 2015

Darrell Dubroc/Manager
Signer/Title   manager